IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAYDEN M. BRINDA,<br><br>Defendant. | 9:23-po-05054-KLD<br>Violations: F061000W, F061000X<br><br>Location Code: M10<br><br>ORDER |

Based upon the motion of the United States pursuant to the agreement between the parties and for good cause appearing,

**IT IS HEREBY ORDERED** that Defendant shall pay $200 fine and the $40 mandatory fees for a total of $240 on Violation Number F061000X, operating a vehicle on forest system roads carelessly, recklessly, or without regard for the rights or safety or in a manner or speed that would endanger any person or property, in violation of 36 C.F.R. § 261.54(f).

Defendant shall make payment in full within 30 days to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check should be made out to the U.S. Courts - CVB.  Payment may also be made online at www.cvb.uscourts.gov.

**IT IS FURTHER ORDERED** that Violation No. Number F061000W, damaging and leaving in a damaged condition any road, trial, or segment thereof, in violation of 36 C.F.R. 261.12(c) is **DISMISSED**.

**IT IS FURTHER ORDERED** that the scheduled March 7, 2024 appearance on the Violation notices referenced above is **VACATED**.

DATED this  27th  day of February, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge